

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Phillip Paredes<br><br>DEFENDANT(S). | CASE NUMBER<br><br>14 - MJ - 1653<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing
is set for ___8 26 14___ , at ___4:00___ ☐ a.m. / ☑ p.m. before the
Honorable ___Jean P. Rosenbluth___ , in Courtroom ___827 - A___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___8/21/14___          _____
U.S. District Judge/Magistrate Judge